UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07730-JFW-SHK | Date: | November 19, 2021 |
| Title: | *Angel Sanchez v. Warden* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

　　　　On September 27, 2021 the Court received Petitioner Angel Sanchez's ("Petitioner") Petition for Writ of Habeas Corpus By a Person in State Custody ("Petition") under 28 U.S.C. § 2254 ("§ 2254").  Electronic Case Filing Number ("ECF No.") 1, Petition.  On October 4, 2021, the Court issued an Amended Order to Dismiss with Leave to Amend ("ODLA") on the grounds that Petitioner failed to name a respondent or to assert any facts or any grounds for relief.  ECF No. 6, ODLA at 1.  The ODLA required Petitioner to file a "First Amended Petition ("FAP") by November 4, 2021 **that is complete in itself, does not incorporate by reference any other pleading, lists the appropriate respondent, and sets forth clearly each claim which Petitioner intends to raise in this proceeding and the factual basis for each claim**." Id. at 3 (emphasis added).  Petitioner was "warned that [f]ailure to file a FAP by the above noted deadline may result in a recommendation that this case be dismissed, with or without prejudice, for failure to prosecute and follow Court orders in violation of Federal Rule of Civil Procedure 41(b)." Id.  Additionally, Local Rule 15-2 states that "[e]very amended pleading filed as a matter of right or allowed by order of the Court shall be complete including exhibits.  **The amended pleading shall not refer to the prior, superseded pleading.**" L.R. 15-2 (emphasis added).

　　　　Rather than filing a FAP, on October 27, 2021, Petitioner filed a Notice with the Court ("Notice") that stated "this is the name of the warden Teresa [C]isneros at the facility in which the petitioner is incarcerated." ECF No. 7, Notice at 1.  The Notice was the last submission Petitioner filed with the Court, and as of this date, Petitioner has not filed a FAP as ordered.

Consequently, Petitioner is ORDERED TO SHOW CAUSE by **December 10, 2021** why the case should not be dismissed for Petitioner's failure to file a FAP as ordered. Petitioner can satisfy this order by filing a FAP that (1) includes the name of the warden in the FAP, rather than in a second document, and (2) includes allegations of the claims to be addressed.

**Petitioner is warned that if Petitioner fails to move forward with the directions listed above, the Court may deem such failure as a further violation of a Court order justifying dismissal, and the Court may also deem such a failure as further evidence of a lack of prosecution on Petitioner's part.**

**IT IS SO ORDERED.**