1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11    ANGEL SANCHEZ,                          Case No. 2:21-cv-07730-SPG (SHK)

12                         Petitioner,
                                               **ORDER ACCEPTING FINDINGS**
13          v.                                 **AND RECOMMENDATION OF**
                                               **UNITED STATES MAGISTRATE**
14    WARDEN TERESA CISNEROS,                  **JUDGE**

15                         Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18    Petition ("FAP"), the relevant records on file, and the Report and Recommendation

19    of the United States Magistrate Judge.  Although Petitioner has filed a document

20    labeled "Written Statement of Objections" ("Obj.") and lists six "objections,"  the

21    six items listed are not actually objections to the Magistrate Judge's findings.

22    Instead, Petitioner simply recites the findings and recommendations of the

23    Magistrate Judge.  *See, e.g.*, (ECF No. 68 at 2, Obj. no. 4 ("Ground Three does not

24    raise a federal issue and is not congnizable on federal habeas revew.")).

25          Notwithstanding, the Court has engaged in *de novo* review of those portions

26    of the Report and Recommendation to which Petitioner references in his list.

27    Having conducted its review, the Court accepts the findings and recommendation

28    of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that the FAP is DENIED and Judgment is

2  entered dismissing this action with prejudice.

3

4  Dated: April 24, 2023

5                                                          HON. SHERILYN PEACE GARNETT
                                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2