JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANCHEZ,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN TERESA CISNEROS,<br><br>               Respondent. | Case No. 2:21-cv-07730-SPG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 24, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE